IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roland R. Barron, | ) No. 10-CV-399-TUC-AWT |
| Petitioner, | ) **ORDER** |
| vs. | ) |
| Warden Louis Winn, | ) |
| Respondent. | ) |

This case involves a Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus filed by Petitioner Roland Barron on June 30, 2010 (Doc. 1). On December 20, 2010, after a thorough and well-documented analysis, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation (R & R) to this Court, recommending that the Petition for Writ of Habeas Corpus be denied. Petitioner did not object to the R & R.

The Court adopts the Magistrate Judge's R & R in whole. Petitioner's claim is moot in light of the inability of the Court to grant relief. Because the Court does not have jurisdiction, the petition must be denied.

Accordingly, **IT IS ORDERED**:

The Report and Recommendation of the Magistrate Judge (Doc. 11) is **adopted** in whole. The Petition (Doc. 1) is **denied** and this case is **dismissed**. The Clerk of Court is directed to close the case and enter judgment accordingly.

DATED this 18th day of March, 2011.

A. Wallace Tashima
United States Circuit Judge
Sitting by Designation